UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
WASHINGTON METROPOLITAN AREA      )
TRANSIT COMMISSION,               )
                                  )
        Appellee,                 )
                                  )
    v.                            )
                                  ) Case No: 13-7161
RELIABLE LIMOUSINE SERVICE, LLC and )
PAUL BENJAMIN RODBERG.            )
                                  )
        Appellants.               )
_____)

## CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

Come now Reliable Limousine Service, LLC ("Reliable") and Paul Benjamin Rodberg ("Mr. Rodberg") (Mr. Rodberg and Reliable being collectively known as the "Appellants," and each sometimes being known as an "Appellant"), by and through undersigned counsel, and pursuant to Circuit Rule 12(c), Circuit Rule 28(a)(1), and this Honorable Court's order of October 23, 2013 (document # 1462569), state as follows:

a) The following- parties appeared before the United States District Court for the District of Columbia and now appear before this Honorable Court:

   i.  Paul Benjamin Rodberg (defendant / appellant)

   ii. Reliable Limousine Service, LLC (defendant / appellant)

      iii.    Washington Metropolitan Area Transit Commission (plaintiff / appellee)

b) The following rulings are under review:

      i.    The ruling of Judge Ellen S. Huvelle, of the United States District Court for the District of Columbia, entered October 18, 2013, found at Docket Entry 41 (with a supporting memorandum found at Docket Entry 40), wherein the injunction prohibiting "from transporting passengers for hire between points within the Metropolitan District unless and until properly authorized by the Washington Metropolitan Area Transit Commission" – as filed on February 6, 2013 and found at Docket Entry 24 – was enlarged to cover additional activities and to encompass a non-party; and

      ii.    The ruling of Judge Ellen S. Huvelle, of the United States District Court for the District of Columbia, entered September 25, 2013, found at Docket Entry 37, wherein the Appellants were ordered to show cause why the court's injunction of February 6, 2013 (found at Docket Entry 24) should not be enlarged to cover additional activities and to encompass a non-party.

c) The Appellants note Case No. 13-7072, currently pending before this Honorable Court, with briefing currently suspended pending further order

of this Honorable Court, derives from the same underlying action in the United States District Court for the District of Columbia. The Appellants do not believe there to be any other related cases pending in this Honorable Court or any other tribunal. However, in the interest of over-disclosure, the Appellants do note that Case No. 13-1735, pending in the United States Court of Appeals for the Fourth Circuit, involves certain facts common to this appeal, but neither of the Appellants are themselves a party to that matter, and the legal issues raised in that matter are of no relation to the legal issues raised herein.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Respectfully Submitted,

OFFIT KURMAN, P.A.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esquire
Offit Kurman, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814-3465
Telephone:  240-507-1714
Facsimile:   240-507-1735
mverstandig@offitkurman.com
*Attorney for Appellants*

## CERTIFICATE OF SERVICE

Pursuant to, and in conformity with, Federal Rule of Appellate Procedure 25(c)(2) and Circuit Rule 25(c), I hereby certify that on this 22nd day of November 2013, the foregoing document was served on Jeffrey Michael Lehman, Esq., counsel for the Washington Metropolitan Area Transit Commission, via this Honorable Court's CM/ECF system, at jlehmann@wmatc.gov.

OFFIT KURMAN, P.A.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esquire
Offit Kurman, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814-3465
Telephone:  240-507-1714
Facsimile:   240-507-1735
mverstandig@offitkurman.com
*Attorney for Appellants*